# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155081

JOHN LAUVE,
          Plaintiff-Appellant,

v

GOVERNOR,
          Defendant-Appellee.

SC: 155081
COA: 329985
Ct of Claims: 15-000118-MM

_____/

       On order of the Court, the application for leave to appeal the December 27, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2017



Clerk

d0124